**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA ROBLES,<br><br>    Plaintiff,<br><br>    v.<br><br>INDYMAC FEDERAL BANK, et al.<br><br>    Defendants. | Case No. EDCV 09-1418-VAP (FMOx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.


Dated: September 1, 2009             /s/ Virginia A. Phillips
                                     VIRGINIA A. PHILLIPS
                                     United States District Judge